# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00365-TUC-RCC (JR) |
| Plaintiff, | **ORDER** |
| v. | |
| Ismael Morales-Hernandez, | |
| Defendant. | |

The Court has reviewed the Magistrate Judge's Report and Recommendation (Doc. 40), the supplemental pleadings filed by the parties, and thus rules as follows;

This case, unlike the case cited by the defendant, *Pereira v. Sessions*, is a case in which the defendant was present and participated in the proceedings resulting in his removal. The fact that the initial notice did not include the date, time and place is of no moment. The defendant exercised his right to due process and fully participated and therefore cannot claim that because the initial notice was deficient the Immigration Court lacked jurisdiction.

The Motion to Dismiss, as recommended by the Magistrate Judge, is not granted and the case proceeds forward.

Dated this 14th day of September, 2018.

_____
Honorable Raner C. Collins
United States District Judge